UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN T BACHMANN,<br><br>                     Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                     Defendant. | Case No. C18-5490 MLP<br><br>ORDER |

In April 2019, the Court affirmed the final decision of the Commissioner and dismissed the case with prejudice. (Dkt. ## 18, 19.) Plaintiff appealed that decision to the Ninth Circuit. (Dkt. ## 20, 21.) On appeal, Plaintiff filed an unopposed motion to vacate the judgment and to remand the matter to the District Court pursuant to *Carr v. Saul*, 141 S. Ct. 1352 (2021). (Dkt. # 25.) The Ninth Circuit granted the motion. (*Id.*) Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Supreme Court's intervening decision in *Carr*.

//

//

//

ORDER - 1

1 | Dated this 11th day of June, 2021.

*(signature)*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2